```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 06 B 00346
   CHERYL D NOLEN
                                           CHAPTER 13

                                           JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-5172


------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 01/16/2006 and was confirmed 03/22/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was converted to chapter 7 after confirmation 05/31/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                           PAID            PAID
------------------------------------------------------------------------------
LASALLE BANK NATIONAL     CURRENT MORTG       .00            .00         6720.58
LASALLE BANK NATIONAL     MORTGAGE ARRE    5149.12           .00          470.14
AMERICA'S SERVICING COMP  NOTICE ONLY    NOT FILED           .00             .00
LITTON LOAN SERVICING     CURRENT MORTG       .00            .00        25864.12
CHASE MANHATTAN MTG CORP  NOTICE ONLY    NOT FILED           .00             .00
CODILIS & ASSOCIATES ^    NOTICE ONLY    NOT FILED           .00             .00
AMERICAS SERVICING COMPA  SECURED NOT I       .00            .00             .00
LITTON LOAN SERVICING     MORTGAGE ARRE   10403.82           .00          949.90
GENERAL MOTORS ACCEPTANC  SECURED VEHIC    7001.94        439.70         1401.89
GREENPOINT MORTGAGE       SECURED NOT I  NOT FILED           .00             .00
GREENPOINT MORTGAGE       SECURED NOT I  NOT FILED           .00             .00
GREENPOINT MORTGAGE       SECURED NOT I  NOT FILED           .00             .00
ALLIED WASTE SERVICES IN  UNSECURED           .00            .00             .00
AMERICAN EXPRESS TRAVEL   UNSECURED       5799.56            .00             .00
AMERICAN EXPRESS TRAVEL   UNSECURED       2522.80            .00             .00
GC SERVICES DATA CONTROL  NOTICE ONLY    NOT FILED           .00             .00
AMEX                      UNSECURED      NOT FILED           .00             .00
AMERICAN GENERAL FINANCE  UNSECURED       4108.59            .00             .00
AMERENIP                  UNSECURED       4255.27            .00             .00
AQUA ILLINOIS             UNSECURED      NOT FILED           .00             .00
AQUA ILLINOIS             NOTICE ONLY    NOT FILED           .00             .00
LVNV FUNDING LLC          UNSECURED       5729.73            .00             .00
BLATT HASENMILLER LEIBSK  NOTICE ONLY    NOT FILED           .00             .00
PORTFOLIO RECOVERY ASSOC  UNSECURED       6349.65            .00             .00
CITY OF DANVILLE          UNSECURED      NOT FILED           .00             .00
CITY OF DANVILLE          UNSECURED      NOT FILED           .00             .00
CREDIT MANAGEMENT INC     UNSECURED      NOT FILED           .00             .00
WOW INTERNET AND CABLE    NOTICE ONLY    NOT FILED           .00             .00
WOW INTERNET CABLE        NOTICE ONLY    NOT FILED           .00             .00
DANVILLE SANITARY DISTRI  UNSECURED        359.93            .00             .00
DISCOVER FINANCIAL SERVI  UNSECURED       4645.29            .00             .00
HSBC                      UNSECURED      12614.16            .00             .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 00346 CHERYL D NOLEN
```

```
FREEDMAN ANSELO & LINDBE NOTICE ONLY    NOT FILED             .00            .00
ECAST SETTLEMENT CORP    UNSECURED       4269.72              .00            .00
ECAST SETTLEMENT CORP    UNSECURED       1161.95              .00            .00
ECAST SETTLEMENT CORP    UNSECURED       7498.83              .00            .00
PEOPLES GAS LIGHT & COKE UNSECURED       1374.29              .00            .00
ECAST SETTLEMENT CORP    UNSECURED        602.39              .00            .00
COMMONWEALTH EDISON      UNSECURED      NOT FILED             .00            .00
ALLIED WASTE SERVICES IN UNSECURED            .00             .00            .00
ALLIED WASTE SERVICES IN UNSECURED        667.33              .00            .00
LEDFORD & WU             DEBTOR ATTY    2,500.00                         2,500.00
TOM VAUGHN               TRUSTEE                                         2,105.21
DEBTOR REFUND            REFUND                                          1,709.63
```

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE              42,161.17

PRIORITY                                           .00
SECURED                                      35,406.63
    INTEREST                                    439.70
UNSECURED                                          .00
ADMINISTRATIVE                                2,500.00
TRUSTEE COMPENSATION                          2,105.21
DEBTOR REFUND                                 1,709.63
                    ---------------        ---------------
TOTALS               42,161.17                42,161.17

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
    Dated: 10/04/07           _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE